PROB 12C
(6/16)

Report Date: May 2, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Thomas Dwain Andy | Case Number: 0980 2:07CR02039-SAB-1 |
| Address of Offender: | Wapato, Washington 98951 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 4, 2007

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation - Assault, 18 U.S.C. §§ 1153 and 113(a)(3) | |
| Original Sentence: | Prison - 120 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: December 15, 2015 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: December 14, 2018 |

## PETITIONING THE COURT

**To issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/10/2017.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: On April 24, 2017, Mr. Andy failed to report to the United States Probation Office as directed.

On April 20, 2017, Mr. Andy met with this officer at the United States Probation Office. During this visit he was given a next report date of April 24, 2017. Mr. Andy failed to report as directed.

This officer made an attempt to locate Mr. Andy at his home on April 24, 2017, which was unsuccessful. This officer also attempted to call and text message Mr. Andy several times between April 24 and May 1, 2017. Mr. Andy failed to reply to any of this officer's phone calls or text messages.

Prob12C
Re: Andy, Thomas Dwain
May 2, 2017
Page 1

| | |
|---|---|
| 4 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |

**Supporting Evidence**: On April 27, 2017, Mr. Andy failed to attend substance abuse treatment as recommended.

On May 1, 2017, this officer spoke with staff at Merit Resource Services who advised Mr. Andy failed to attended his weekly substance abuse treatment session on April 27, 2017. The staff member advised a letter was sent to Mr. Andy requesting he contact them by May 5, 2017, to avoid termination from their program.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 2, 2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[xx] The Issuance of a Warrant
[ ] The Issuance of a Summons
[xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

5/2/2017
Date