PROB 12C
(6/16)

Report Date: March 22, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Thomas Dwain Andy | Case Number: 0980 2:07CR02039-SAB-1 |
| Address of Offender: ██████████ | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 4, 2007

| | | | |
|---|---|---|---|
| Original Offense: | Crime on Indian Reservation - Assault, 18 U.S.C. § 1153 and 113(a)(3) | | |
| Original Sentence: | Prison - 120 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: | December 15, 2015 |
| Defense Attorney: | Paul E. Shelton | Date Supervision Expires: | December 14, 2018 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/10/2017 and 05/02/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |
| | **Supporting Evidence**: On March 19, 2018, Mr. Andy was contacted by a police officer with the Wapato Police Department (WPD) and failed to notify the undersigned within 72 hours of the law enforcement contact. |
| | On March 19, 2018, Mr. Andy and several other adult males were contacted by WPD in regards to a 911 call about a suspicious male waiving a machete around in public.  WPD located the group and asked several suspects if they had a machete.  One of the males admitted to the allegation and was taken into custody on a felony warrant.  Mr. Andy was allowed to leave.  As of the submission of this report, Mr. Andy has failed to notify this officer of his law enforcement contact. |
| 6 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

Prob12C
Re: Andy, Thomas Dwain
March 22, 2018
Page 2

**Supporting Evidence**: On or about March 12, 2018, Mr. Andy moved out of his primary residence and failed to notify the undersigned.

On March 19, 2018, the undersigned attempted to make contact with Mr. Andy at his primary residence. The undersigned was advised by a female resident that Mr. Andy had been staying with his mother for the past week.

On March 19, 2018, the undersigned attempted to make contact with Mr. Andy at his mother's residence. His mother was home and advised he stayed with her on Monday, March 12, 2018, and she last saw Mr. Andy on Friday, March 16, 2018, at Yakama Legends Casino. Mr. Andy's mother stated she believed he had been drinking as she could smell alcohol on his breath.

7    **Special Condition # 14**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On or about March 19, 2018, Mr. Andy failed to comply with the requirements of outpatient treatment with Merit Resource Services (Merit).

On March 12, 2018, the undersigned spoke with Mr. Andy's counselor at Merit who stated Mr. Andy had been having some attendance issues. She stated Mr. Andy signed a behavior and attendance contract which stated he would attend all weekly group meetings and one on one sessions until completed with treatment. If Mr. Andy failed to attend a scheduled session, he would need to attend a clinical staffing meeting to see if he would be allowed to continue in services.

On March 19, 2018, the undersigned received a voice mail from Mr. Andy's counselor who stated he did not attend group on this date and did not call for an excused absence.

8    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On March 21, 2018, Mr. Andy failed to report to Court for a revocation hearing.

On March 12, 2108, Mr. Andy reported to the United States Probation office. During this visit the undersigned reminded him of the date and time of his Court hearing and instructed him to be at the courthouse approximately 30 minutes before his scheduled time. Mr. Andy stated he understood.

On March 21, 2018, Mr. Andy failed to report to Court as instructed and his current whereabouts are unknown.

Prob12C
**Re: Andy, Thomas Dwain**
**March 22, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 10 and May 2, 2017, and that the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 22, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[XX]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[XX]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*s/Stanley A. Bastian*

Signature of Judicial Officer

Mach 22, 2018

Date