PROB 12C
(6/16)

Report Date: August 12, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Dwain Andy        Case Number: 0980 2:07CR02039-SAB-1

Address of Offender: ████████████ Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 4, 2007

Original Offense:  Crime on Indian Reservation - Assault, 18 U.S.C. §§ 1153 and 113(a)(3)

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 25, 2018) | Prison - 4 months<br>TSR - 32 months | |
| Revocation Sentence:<br>(January 23, 2019) | Prison - 24 months<br>TSR - 8 months | |
| Revocation Sentence:<br>(June 6, 2022) | Prison - 2 months<br>TSR - 6 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: June 20, 2022 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: December 19, 2022 |

### PETITIONING THE COURT

To issue a warrant.

On October 12, 2020, Mr. Andy reviewed and signed supervised release conditions, acknowledging an understanding of his conditions. However, since completing inpatient treatment, Mr. Andy has not contacted the probation office to sign his most recent judgement dated June 10, 2022.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
Re: Andy, Thomas Dwain
August 12, 2022
Page 2

**Supporting Evidence**: Mr. Andy is alleged to be in violation of his conditions of supervised release by failing to attend his outpatient substance abuse evaluation at Merit Resource Services (Merit) on August 8, 2022.

On August 9, 2022, this officer received a phone call from Mr. Andy's federal defender who stated that Mr. Andy released from the Northwest Indian Treatment Center (NITC) on August 6, 2022. The federal defender also stated he received a phone call from Merit staff regarding Mr. Andy missing his outpatient substance abuse appointment on August 8, 2022.

This officer contacted Merit staff who confirmed Mr. Andy released from the NITC on August 6, 2022, and he was a no show for his outpatient substance abuse evaluation on August 8, 2022. Merit staff informed this officer they would contact this officer if they came in contact with Mr. Andy.

This officer contacted Mr. Andy's counselor at the NITC, who also confirmed Mr. Andy released from their facility on August 6, 2022. They provided this officer the most updated telephone number for Mr. Andy. This officer attempted to contact Mr. Andy several times by telephone; however, the line was disconnected.

2      **Standard Condition #2** After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Andy is alleged to be in violation of his conditions of supervised release by failing to report to the probation officer as directed on August 10, 2022.

On August 9, 2022, this officer received a phone call from Mr. Andy's federal defender who stated that Mr. Andy released from the NITC on August 6, 2022. The federal defender also said he received a phone call from Merit staff regarding Mr. Andy missing his outpatient substance abuse appointment on August 8, 2022.

This officer contacted Merit staff who confirmed Mr. Andy released from the NITC on August 6, 2022, and he was a no show for his outpatient substance abuse evaluation on August 8, 2022. Merit staff informed this officer they would contact this officer if they came in contact with Mr. Andy.

This officer contacted Mr. Andy's counselor at the NITC, who also confirmed Mr. Andy released from their facility on August 6, 2022. They provided this officer the most updated telephone number for Mr. Andy. This officer attempted to contact Mr. Andy several times by telephone; however, the line was disconnected.

On August 9, 2022, this officer attempted to contact Mr. Andy at his listed residence with the probation office. The front gates to the residence were securely closed. This officer left his business card in Mr. Andy's mailbox with reporting instructions to report to the probation office on August 10, 2022, by 3 p.m. or court action would be taken.

Prob12C
**Re: Andy, Thomas Dwain**
**August 12, 2022**
**Page 3**

On August 10, 2022, Mr. Andy failed to report to the probation office as directed and his current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 12, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*
Signature of Judicial Officer

8/12/2022
Date