PROB 12C
(6/16)

Report Date: March 8, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Thomas Dwain Andy | Case Number: 0980 2:07CR02039-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓ Wapato, Washington 98951 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 4, 2007

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation - Assault, 18 U.S.C. §§ 1153 and 113(a)(3) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 25, 2018) | Prison - 4 months<br>TSR - 32 months | |
| Revocation Sentence:<br>(January 23, 2019) | Prison - 24 months<br>TSR - 8 months | |
| Revocation Sentence:<br>(June 6, 2022) | Prison - 2 months<br>TSR - 6 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: June 20, 2022 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: December 19, 2022 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 12, 2022.

On October 12, 2020, Mr. Andy reviewed and signed his supervised release conditions, acknowledging an understanding of his conditions. However, since completing inpatient treatment, Mr. Andy has not contacted the probation office to sign his most recent judgement dated June 10, 2022.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

Prob12C
**Re: Andy, Thomas Dwain**
**March 8, 2023**
**Page 2**

**Supporting Evidence**: Mr. Andy is alleged to be in violation of his conditions of supervised release by committing a new crime: Yakima Police Department (YPD) case number 3A0213620, shoplifting, on February 9, 2023.

On February 9, 2023, YPD officers were dispatched to the Walmart store on 1600 E. Chestnut Avenue, Yakima, WA, in response to reports that a Native American male had been shoplifting at the store by concealing several bags of clothing underneath his own hooded sweatshirt.

While en route to the store, the Loss Prevention (LP) officer at Walmart informed the YPD officers that the suspect was seen running southbound on Chalmers Street approaching East Beech Street, with about $200 worth of merchandise. The LP officer from Walmart also noted that the suspect had pink hair. The YPD officers then observed a male running south on Chalmers Street carrying grocery bags. At this point, YPD officers activated their sirens and emergency lights; however, the male suspect tore through a gate down a small, dirt alleyway.

The YPD officers then exited their vehicle and chased the suspect on foot. At this point, they were able to observe the suspect had pink hair as he dropped several grocery bags on the ground. The YPD officers gave several verbal directives for the suspect to stop running; however, he continued. The suspect ran across both westbound and eastbound lanes as he jumped over the highway guard rails, but ultimately came to a stop. A YPD officer approached the suspect and placed him in handcuffs. The suspect, verbally identified as Thomas Andy (08/31/84), was then safely escorted off the freeway. Mr. Andy was placed in the back of a YPD vehicle and transported to Yakima County Jail for booking.

On February 13, 2023, Mr. Andy plead guilty to case number 3A0213620, shoplifting. The court imposed 364 days with 363 days suspended and 0 days credit for time served.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | March 8, 2023 |
|---|---|
| | s/Kyle Mowatt |
| | Kyle Mowatt<br>U.S. Probation Officer |

Prob12C
Re: Andy, Thomas Dwain
March 8, 2023
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*
Signature of Judicial Officer

3/8/2023
Date